IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL BAKER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DAVID DIGUGLIELMO, et al. | : | No. 08-3155 |

### ORDER

AND NOW, this 15th day of September, 2009, upon consideration of Respondents' petition for an extension of time to file a response to Petitioner's motion to stay (Doc. No. 22), IT IS HEREBY ORDERED that Respondents' petition is GRANTED nunc pro tunc.

Upon consideration of Petitioner's motion to stay his petition for a writ of habeas corpus (Doc. No. 20), and Respondents' response thereto (Doc. No. 23), IT IS HEREBY ORDERED that Petitioner's motion to stay is DENIED.

LOWELL A. REED, JR., S.J.